FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY D. Brown DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. Brandon Michael McDowell DEFENDANT/MATERIAL WITNESS, | CASE NUMBER EDCR 21-238-JGB AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
|---|---|

Having been ordered by the Court on  7/13/22 , to take third-party custody of Brandon Michael McDowell  I, Justin McDowell agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

Father
Relationship to Defendant/Material Witness

_____
Address (only if the above is an organization)

_____
City and State only

951-858-5106
Telephone Number

Date: 7/13/22

AFFIDAVIT OF THIRD-PARTY CUSTODIAN
CR-31 (03/15)