

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | EDCR 21-238-JGB |
| v. | |
| Brandon Michael McDowell | AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on __7/13/22__ to take third-party custody of __Brandon Michael McDowell__ I, __Jill McCarthy__ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

__mother__
Relationship to Defendant/Material Witness

Address (only if the above is an organization)

City and State only

__951.858.5764__
Telephone Number

Date: __7.13.22__

CR-31 (03/15)         AFFIDAVIT OF THIRD-PARTY CUSTODIAN