Stephen T. Merrill (Cal Bar No. 255827) - AUSA
3403 Tenth Street, Suite 200
Riverside, CA 92501
Phone: 951-276-6144 / e-mail: Stephen.Merrill@usdoj.gov
Attorneys for Plaintiff, United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | ED CR 21-00238-JGB |
| v. | |
| BRANDON MICHAEL MCDOWELL, Aka "trvpkid_69," | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged:  **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT (UNDER SEAL);
[PROPOSED] ORDER SEALING DOCUMENT(UNDER SEAL);
DOCUMENT FILED UNDER SEAL (UNDER SEAL)

**Reason:**
[✓] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

February 13, 2023                    STEPHEN T. MERRILL
Date                                 Attorney Name
                                     UNITED STATES OF AMERICA
                                     Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING