# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( __ Amended _____ )

| | |
|---|---|
| Case No.  EDCR21-00238(A)-JGB | Date  February 27, 2023 |

Present: The Honorable   JESUS G. BERNAL, U.S. District Judge

| Maynor Galvez | Phyllis A. Preston | Stephen Merrill |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Brandon Michael McDowell | √ | ☐ | Young Kim | ☐ | √ | ☐ | n/a |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   Contested ___   √ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   √ Refer to separate Judgment Order.

√ Imprisonment for  108 months  on each of counts  1 of the First Superseding Information
Count(s) _____ concurrent/consecutive to count(s) _____
Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

√ 3 years Supervised Release imposed on count(s)  1 of the First Superseding Information
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $_____ fine amounts & times determined by P/O.
___ Make $_____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
√ does not have the ability to pay.

√ Pay  $100  per count, special assessment to the United States for a total of  $ 100
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

√ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
√ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   √ Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at  $_____
√ Filed and distributed judgment. ENTERED.
___ Other

    1 : 38
Initials of Deputy Clerk   MG

cc: USPO/USM-ED